Case 1:21-mj-00407-RMM   Document 1-1

Case: 1:21−mj−00407
Assigned To : Meriweather, Robin M.
Assign. Date : 4/28/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On or about December 16, 2020, pursuant to a D.C. District Court search warrant related to a child pornography investigation, law enforcement searched BRANDON WARE's (DOB: 04/XX/1986) residence located at 26 Rhode Island Avenue NE, Washington, D.C. WARE was present at the time of the warrant execution. Law enforcement seized the following items from WARE's residence:

    Item 001: USB-C Card Reader w/ 32GB MicroSD Card
    Item 002: Black Western Digital External HDD w/ Cords
    Item 003: Black Apple iPad Mini
    Item 004: Asus Laptop, Model: 8265BGW
    Item 005: Apple iPhone

Following the search warrant execution, WARE was advised of his *Miranda* warnings and waived his *Miranda* rights. WARE identified his electronics as a cell phone, laptop, Sony PlayStation 4, and several Apple iPads or tablets, and that he primarily uses his cell phone to access the internet. WARE said most of his electronics would be located in his bedroom, which was located on the middle floor (2nd floor) of the residence. During the interview, WARE identified his laptop as having a sticker of the Japanese anime character "Domo" attached to it. Agents ultimately located an Asus Laptop, Model: 8265BGW (Item 004) with a "Domo" sticker affixed to the front of it in a bedroom on the 2nd floor of the residence. The remaining four (4) items seized from WARE were also located in this bedroom. Additionally, while conducting the search of this bedroom, law enforcement personnel observed mail addressed to "Brandon WARE." WARE also provided agents with his cell phone number and email address.

### *Review of Digital Forensics Images and Extractions Obtained from the Electronic Items Seized from WARE*

Law enforcement conducted forensic imaging and obtained extractions on Items 001-005. Based on a review of the forensic images and extractions, the following CSAM items were observed:

a. Item 001: USB-C Card Reader w/ 32GB MicroSD Card: This item contained approximately 327 images and 341 videos of child pornography. These files had a date range of approximately November 11, 2019 – May 26, 2020. One of the child pornography files observed on this device is described below:

    **Title:** video_2017-08-13_10-47-51.mp4
    **MD5 Hash:** 512a80e9c75326eb61922d9427051baa
    **Creation Date/Time:** February 5, 2020 at 08:48:43 UTC
    **File Path:** Partition 1\Hecking\stuff\3rd_U-03-12-19\videos-154_s20\v\video_2017-08-13_10-47-51.mp4
    **Description:** This video is approximately fifty-four (54) seconds in length and depicts an unknown male penetrating an infant/toddler's vagina with his visibly erect penis. This video is predominantly filmed with a close-up focus of the child's pubic area.

  b. Item 002: Black Western Digital HDD w/ cords – This item contained approximately 13 child pornography videos and four child pornography images. These files had a creation date range of approximately November 29, 2009 – October 31, 2010. One of the child pornography files I observed on this device is described below:

    **Title:** (Pthc) 6Yo XXXX– Bedtime Rap Until Cum  XXXX pedo XXXXX 1yo 2yo 3yo 4yo 5yo 6yo 7yo 8yo 9yo 10yo XXXXXXX fdsa hussyfan Russian korea.mpg[1]
    **MD5Hash:** 6e0358c38689d1b6fa0349fd02c935ac
    **Creation Date/Time:** October 31, 2010 at 19:28:16 UTC
    **FilePath:** Partition 1\Elements\manga download\Manga\H\Video\I\Saved \(Pthc) 6Yo XXXX– Bedtime Rap Until Cum  XXXX pedo XXXXX 1yo 2yo 3yo 4yo 5yo 6yo 7yo 8yo 9yo 10yo XXXXXXX fdsa hussyfan Russian korea.mpg
    **Description:** This video is approximately one minute and five seconds (1:05) in length and depicts an infant or toddler lying in a bed. A male subject is observed raping the child by performing oral sex on her. Later in the video, a male subject is observed digitally penetrating the child's vagina before inserting his penis in the child's vagina and ejaculating on her.

  c. Item 004: Asus Laptop, Model: 8265BGW – This item contained approximately seventy-one child pornography videos. These files had a date range of approximately March 25, 2020 – December 10, 2020. Below is a summary of some of the videos observed:

    **Title:** Videos – good.weXX
    **MD5 Hash:** 2d4459d7cca37954cb2c88074d590791
    **Creation Date/Time:** November 23, 2020 at 23:55:10 UTC
    **File Path:** Users\exula\Downloads\Move\Videos – good.weXX
    **Description:** This video is approximately 59 seconds in length and depicts a pre-pubescent minor female wearing a multi-colored shirt lying on a bed with blue sheets. The minor female is observed masturbating a nude, erect penis.

    **Title:** Videos – 5blowjob.weXX
    **MD5 Hash:** b88fef478b504445901e7c513e8edff6
    **Creation Date/Time:** 11/24/2020 00:02:44 UTC
    **File Path:** Users\exula\Downloads\Move\Videos – 5blowjob.weXX
    **Description:** This video is approximately 1 minute in length and depicts a pre-pubescent minor female wearing only a pair of light-colored, purple underwear (Minor 1) and a second minor subject wearing a pink long-sleeved shirt (Minor 2). A male subject wearing only a blue shirt is observed with a visibly erect penis sitting next to Minor 1. Minor 1 is observed looking in the direction of the male subject while holding his penis. Shortly thereafter, the adult male has Minor 1 perform oral sex on him. Later in the video, the male subject removes his shirt before

---

[1] The titles of the files are redacted so as not to further disseminate child pornography.

changing positions, now kneeling in front of Minor 1 as he places his left hand on top of Minor 1's head and guides her mouth to his erect penis.

**Title:** Videos – XXXXX Girl Anal Fuck.webm
**MD5 Hash:** 583ca422613517704ff80cb04ba74d64
**Creation Date/Time:** 11/24/2020 00:08:09 UTC
**File Path:** Users\exula\Downloads\Move\Videos\Videos – XXXXX Girl Anal Fuck.webm
**Description:** This video is approximately 7 minutes and 05 seconds in length and depicts a fully nude pre-pubescent minor female lying on her back with her legs spread open, exposing her vagina. A nude, adult male subject with a visibly erect penis is observed in front of the minor female, penetrating the minor female with his erect penis. Later in the video, the adult male subject is observed rubbing his penis on the outside of the child's vagina. The video later cuts to the child on the floor in a kneeling/leaning back position, supporting herself with her hands. The adult male is observed standing in front of the child, masturbating his erect penis before ejaculating on the child.

### *Possible CSAM Files, to Include Child Pornography, Downloaded to WARE's Laptop at WARE's D.C. Residence*

Some of the child pornography files recovered from WARE's laptop were downloaded on November 23 and November 24, 2020. Law enforcement obtained subpoenas for WARE's email account, exulatus@gmail.com, prior to the search warrant execution. WARE admitted to agents during his interview that this is his email address. WARE's email address was accessed multiple times from IP addresses assigned to WARE's D.C. residence, including during the November 23-24 time frame.

### CONCLUSION

Based on the above information, there is probable cause to believe that BRANDON WARE committed the following offenses: Receipt of Child Pornography in violation of 18 U.S.C. 2522(a)(2) and Possession of Child Pornography in violation of 18 U.S.C. 2252(a)(4).

_____
JEFFREY COLLINS
Agent, Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of April 2021.

_____
ROBIN M. MERIWEATHER
U.S. Magistrate Judge