AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00407 |
| Brandon Ware | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/28/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Brandon Ware_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) Receipt of Child Pornography with offense dates of "on or about and between November 23-24, 2020";
18 U.S.C. §2252 (a)(4) Possession of Child Pornography with an offense date of December 16, 2020.

Date: __04/28/2021__

2021.04.28
14:19:34 -04'00'
*Issuing officer's signature*

City and state: __Washington, D.C.__    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* __04/28/2021__, and the person was arrested on *(date)* __04/30/2021__
at *(city and state)* __Washington, D.C.__

Date: __04/30/2021__

*Arresting officer's signature*

Jeffrey Collins, Special Agent
*Printed name and title*