IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.    ) | Case No.   21-mj-407 (GMH/ZMF) |
| ) | |
| BRANDON WARE   ) | |
| Defendant.  ) | |
| ) | |

### JOINT MOTION TO CONTINUE PRELIMINARY HEARING

Defendant, Brandon Ware, through undersigned counsel, and the Government, through Assistant United States Attorney Janani Iyengar, respectfully request that the June 8, 2021, Preliminary Hearing in this case be continued until (on or after) July 16, 2021. In support of this request, the Defendant states:

1. The Defendant's Preliminary Hearing is presently scheduled for June 8, 2020. The parties are discussing a potential pre-indictment resolution of this matter and need additional time to compete those discussions. The parties therefore request that the Court continue the Preliminary Hearing until (on or after after) July 16, 2021.

2. The Government, per Assistant United States Attorney Janani Iyengar, joins in this request.

3. Mr. Ware further requests, based on the representations above, that the time period from June 8, 2021, until the next scheduled hearing in this matter be excluded under the Speedy Trial Act.

4. In the event the Court grants this Motion, and the July 16th date is not convenient for the Court, the parties will contact the Court's courtroom deputy to schedule the next hearing in this case.

        Respectfully submitted,
        A.J. Kramer
        Federal Public Defender

            /s/
        _____
        David W. Bos
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C.   20004
        (202) 208-7500, ext. 118